# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

City of Las Vegas,

    Plaintiff

v.

Malcolm Brooks,

    Defendant

Case No.: 2:21-cv-01035-JAD-BNW

**Order Adopting Report & Recommendation and Remanding Case**

[ECF No. 3]

    This municipal-court traffic matter found its way to this court because Malcolm Brooks improperly removed it here, so the magistrate judge recommends that I remand it back to the court it started in.[1] The deadline for any party to object to that recommendation was July 7, 2021, and no party filed anything. Indeed, Brooks has since filed a notice of withdrawal of his removal notice, asking that this case be returned to its original venue.[2] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 3] is ADOPTED** in its entirety. **This case is remanded back to**

---

[1] ECF No. 3.

[2] ECF No. 4.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

**the Las Vegas Municipal Court, Case No. 1-0602067,** and the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 12, 2021